# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-50585
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 21, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Chayna Holguin,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CR-13-1

————————————————————

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Chayna Holguin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Holguin has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

assessment that the appeal presents no nonfrivolous issue for appellate review.     Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.